ROD M. FLIEGEL, Bar No. 168289
rfliegel@littler.com
ALISON S. HIGHTOWER, Bar No. 112429
ahightower@littler.com
AIMEE E. AXELROD, Bar No. 255589
aaxelrod@littler.com
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Fax No.:   415.399.8490

Attorneys for Defendants
RECOLOGY INC., a California Corporation,
RECOLOGY SAN FRANCISCO, a California
Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEZZACK DANIELS, individually, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RECOLOGY INC. a California Corporation, RECOLOGY SAN FRANCISCO, a California Corporation and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.  3:10-cv-04140-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF HEARING ON MOTION TO REMAND CASE TO STATE COURT**<br><br>**FILED CONCURRENTLY WITH DECLARATION OF ROD M. FLIEGEL IN SUPPORT THEREOF** |

WHEREAS Plaintiff HEZZACK DANIELS ("Plaintiff") noticed a motion to remand for hearing on November 12, 2010;

WHEREAS counsel for Defendants RECOLOGY INC. and RECOLOGY SAN FRANCISCO (collectively "Defendants") will be out of state on business the week when opposition papers would be due to be filed for that hearing date;

WHEREAS counsel are all available on December 3, 2010 for a hearing on this motion;

///

CASE NO.  3:10-cv-04140-JSW

**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE OF HEARING ON MOTION TO REMAND CASE TO STATE COURT**

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

WHEREAS this is the first hearing in this matter and counsel are interested in maintaining a professional relationship that accommodates work schedules as much as possible;

IT IS HEREBY STIPULATED, pursuant to Civil Local Rules 6-1, 6-2, and 7-12, that the hearing on Plaintiff's Motion for Order Remanding Case to State Court and Awarding Costs and Fees to Plaintiff can be continued from November 12, 2010 to December 3, 2010 at 9:00 a.m.

Dated: October 12, 2010

*/S/ Rod M. Fliegel*
ROD M. FLIEGEL
LITTLER MENDELSON, P.C.
Attorneys for Defendants
RECOLOGY INC., a California Corporation,
RECOLOGY SAN FRANCISCO, a California Corporation

Dated: October 12, 2010

*/S/ MICHAEL HOFFMAN*
MICHAEL HOFFMAN
ALEC SEGARICH
HOFFMAN EMPLOYMENT LAWYERS, LLP
Attorneys for Plaintiff HEZZACK DANIELS,
individually and on behalf of others similarly situated

## **ORDER**

Good cause appearing, based on the Declaration of Rod M. Fliegel and the Stipulation of the parties set forth above is approved and is adopted as the order of the Court.

The hearing on Plaintiff's Motion To Remand is hereby rescheduled from November 12, 2010 at 9:00 a.m. to December 3, 2010 at 9:00 a.m. However, the briefing schedule shall remain as originally set. Therefore, Defendants' opposition shall be filed by no later than October 22, 2010 and Plaintiff's reply ~~IT IS SO ORDERED.~~ shall be filed by no later than October 29, 2010.

IT IS SO ORDERED.

Dated: October 15, 2010

_____
THE HONORABLE JEFFREY WHITE
UNITED STATES DISTRICT COURT JUDGE

CASE NO. 3:10-cv-04140-JSW

**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DATE OF HEARING ON MOTION TO REMAND CASE TO STATE COURT**