1

2

3

4

5

6                       IN THE UNITED STATES DISTRICT COURT

7

8                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  HEZZACK DANIELS,

10          Plaintiff,                          No.  C 10-04140 JSW

11      v.                                      **ORDER VACATING HEARING
                                                ON PLAINTIFF'S MOTION TO**
12  RECOLOGY INC.,                              **REMAND**

13          Defendants.

14  _____/

15          This matter is set for a hearing on Plaintiff's Motion to Remand on December 17, 2010.

16  The Court finds the matter suitable for disposition without oral argument and HEREBY

17  VACATES the hearing.  *See* N.D. Civ. L.R. 7-1(b).  A written ruling on the motion shall issue

18  in due course.

19          **IT IS SO ORDERED.**

20  Dated: December 13, 2010                    _____
                                                JEFFREY S. WHITE
21                                              UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

*United States District Court*
For the Northern District of California